**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MAKE IT HAPPEN CONSTRUCTION CO., | ) | |
| | ) | Case No. 1:25-cv-7872 |
| Plaintiff, | ) | |
| | ) | **NOTICE OF REMOVAL OF** |
| v. | ) | **ACTION UNDER 28 U.S.C. § 1441** |
| | ) | **(Diversity Jurisdiction)** |
| FIDELITY AND GUARANTY INSURANCE | ) | |
| COMPANY, | ) | CIRCUIT COURT OF |
| | ) | COOK COUNTY, IL |
| Defendant. | ) | No. 2025 L 007217 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant, FIDELITY AND GUARANTY INSURANCE COMPANY ("Fidelity"), by and through its attorneys, pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446, hereby removes to this Court the state court action described below:

1. On June 5, 2025, Plaintiff, MAKE IT HAPPEN CONSTRUCTION CO. ("Make It Happen"), filed an action in the Circuit Court of Cook County, Illinois, under Case No. 2025 L 007217, against Fidelity. Make It Happen's Complaint is attached hereto as Exhibit A and incorporated herein by reference.

2. On June 11, 2025, the Summons and Complaint were served on Fidelity by mail to the Illinois Department of Insurance as Fidelity's agent for service of process.

3. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1) and (2)(B) as it is filed within thirty (30) days after Fidelity's receipt of Make It Happen's Complaint on June 11, 2025.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Fidelity pursuant to the

provisions of 28 U.S.C. § 1441 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Plaintiff, Make It Happen, is an Illinois corporation with its principal place of business in Berwyn, Illinois.

6. At the time the Complaint was filed, and at all times subsequent thereto, Defendant Fidelity was and is an Iowa corporation with its principal place of business in the State of Connecticut.

7. As Make It Happen's Complaint alleges damages in excess of $463,000 (paragraph 34), the amount in controversy exceeds $75,000.

WHEREFORE, Defendant, FIDELITY AND GUARANTY INSURANCE COMPANY, prays that the above-entitled cause, currently pending in the Circuit Court of Cook County, Illinois, under Case No. 2025 L 007217, be removed therefrom to the United States District Court for the Northern District of Illinois and that this cause proceed in this Court as an action properly removed thereto.

Respectfully submitted,

/s/ Thomas B. Orlando
Thomas B. Orlando
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
312-863-5000
torlando@fgppr.com

Attorneys for Defendant,
FIDELITY AND GUARANTY INSURANCE
COMPANY

**CERTIFICATE OF SERVICE**

I, the undersigned, on oath, subject to penalty of perjury, state that I served the Notice of Removal and Appearance, by emailing to all counsel of record on July 11, 2025, at the email address set forth below.

Francis Ostian, Esq.,
8770 W. Bryn Mawr, Suite 1300
Chicago, IL 60631
312-498-4878
FrancisOstian@gmail.com

/s/ Thomas B. Orlando
Thomas B. Orlando
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
312-863-5000
torlando@fgppr.com