**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Make It Happen Construction Co.
Plaintiff,
v.
Case No.: 1:25−cv−07872
Honorable Matthew F. Kennelly
Fidelity and Guaranty Insurance Company
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, August 31, 2025:

MINUTE entry before the Honorable Matthew F. Kennelly: Defendant's motion for judgment on the pleadings as to Count 2 is denied [13]; plaintiff has adequately alleged that defendant acted unreasonably and vexatiously. By no later than 9/16/2025, the parties are to file a joint status report that includes the following information: (1) the status of service of process upon each defendant; (2) a description of each party's claims and defenses; (3) details regarding any discussions concerning settlement, whether before or after the filing of the lawsuit; (4) a proposed discovery and pretrial schedule; and (5) any other matters that any party wishes to bring to the Court's attention. The case is set for a case management conference under Federal Rule of Civil Procedure 16 on 9/23/2025 at 9:00 a.m. The case management conference will be conducted by telephone, using the following call−in number: 650−479−3207, access code 2305−915−8729. Plaintiff's counsel is directed to provide a copy of this order to any defendant that has not yet appeared by counsel via regular mail at the address at which the defendant has been or is to be served with process. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.