**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MAKE IT HAPPEN CONSTRUCTION CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-7872 |
| | ) | |
| FIDELITY AND GUARANTY INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, MAKE IT HAPPEN CONSTRUCTION CO., and Defendant, FIDELITY AND GUARANTY INSURANCE COMPANY, by and through their respective attorneys of record, pursuant to Fed. R. Civ. P. 41(a)(1) and their settlement of all matters in dispute, submit this Joint Stipulation of Dismissal with Prejudice. The parties hereby agree to the dismissal of this action with prejudice with each party to bear its own costs and attorney's fees.

Respectfully submitted,

**MAKE IT HAPPEN CONSTRUCTION CO.**

/s/ Francis Ostian
Francis Ostian, Esq.,
8770 W. Bryn Mawr, Suite 1300
Chicago, IL 60631
312-498-4878
FrancisOstian@gmail.com

**THE TRAVELERS PERSONAL INSURANCE COMPANY**

/s/ Thomas B. Orlando
Thomas B. Orlando
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
312-863-5000
torlando@fgppr.com